UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

_____
In Re:

**THE BOSTON LANGUAGE INSTITUTE, INC.,**               Chapter 11

        Debtor,                                                                                   No. 18-12508-JNF

_____

### MOTION TO WITHDRAW AS COUNSEL TO THE DEBTOR

Now comes John F. Sommerstein and hereby moves to withdraw his Appearance as Counsel to the Debtor.

In support of this Motion, John F. Sommerstein states:

1. Counsel believes an irretrievable breakdown in the attorney client relationship has occurred rendering it impossible and untenable to effectively advocate for the Debtor.

WHEREFORE, Counsel to the Debtor, John F. Sommerstein hereby moves for an Order permitting him to withdraw as counsel and for all other relief deemed just and equitable.

        Respectfully Submitted
        Debtor's Counsel


        /s/ John F. Sommerstein
        John F. Sommerstein
        98 N. Washington Street
        Boston, MA 02114
        (617) 523-7474

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

_____

In Re:

**THE BOSTON LANGUAGE INSTITUTE, INC.,**

            Debtor,

Chapter 11
No. 18-12508-JNF

_____

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the attached Motion to Withdraw as Counsel to the Debtor was served upon the parties below entitled to electronic service via the Court's ECF system.

                                       /s/ John F. Sommerstein
                                       John F. Sommerstein

VI ECF:

F. Robert Allison on behalf of Creditor Century Bank And Trust Company
bob@frobertallison.com

Paula R.C. Bachtell on behalf of Assistant U.S. Trustee John Fitzgerald
paula.bachtell@usdoj.gov

John Fitzgerald
USTPRegion01.BO.ECF@USDOJ.GOV

Michael J. Goldberg on behalf of Interested Party Siri Karm Singh Khalsa
goldberg@casneredwards.com

Thomas Paul Gorman on behalf of Creditor RREF II Kenmore Lessor II, LLC
tpgorman@sherin.com