# UNITED STATES BANKRUPTCY APPELLATE PANEL
# FOR THE FIRST CIRCUIT

### BAP NO. MB 18-062

### Bankruptcy Case No. 18-12508-JNF

### THE BOSTON LANGUAGE INSTITUTE, INC.,
Debtor.

### RREF II KENMORE LESSOR IV, LLC,
Appellant,

v.

### THE BOSTON LANGUAGE INSTITUTE, INC.,
Appellee.

**Tester, Cabán, and Fagone, U.S. Bankruptcy Appellate Panel Judges.**

### JUDGMENT OF DISMISSAL

In accordance with the Order Denying Motion for Leave to Appeal entered this date, it is hereby **ORDERED AND ADJUDGED** that this appeal is **DISMISSED**.

FOR THE PANEL:

Dated: January 2, 2019     By:     /s/ Leslie C. Storm
                                   Leslie C. Storm, Clerk

[cc: Hon. Joan N. Feeney; Clerk, U.S. Bankruptcy Court, District of Massachusetts; and Thomas Gorman, Esq.; John Sommerstein, Esq.; Paula Bachtell, Esq.; Eric Bradford, Esq.]