# UNITED STATES BANKRUPTCY COURT, DISTRICT OF MASSACHUSETTS
## Proceeding Memorandum/Order of Court

In Re: The Boston Language Institute, Inc.        Case Number: 18-12508        Ch: 11

**MOVANT/APPLICANT/PARTIES:**

#96 Endorsed Order dated 12/28/2018 Re: [89] Motion filed by John F. Sommerstein to Withdraw as Attorney for Debtor The Boston Language Institute, Inc. <font color=blue>ALLOWED. </font> (chy)

**OUTCOME:**

\_\_\_\_\_Granted\_\_\_\_\_Denied\_\_\_\_\_Approved\_\_\_\_\_Sustained
\_\_\_\_\_Denied\_\_\_\_\_Denied without prejudice\_\_\_\_\_Withdrawn in open court\_\_\_\_\_Overruled
\_\_\_\_\_OSC enforced/released
\_\_\_\_\_Continued to:_____For:_____
\_\_\_\_\_Formal order/stipulation to be submitted by:_____Date due:_____
\_\_\_\_\_Findings and conclusions dictated at close of hearing incorporated by reference
\_\_\_\_\_Taken under advisement: Brief(s) due_____From_____
                                Response(s) due_____From_____
\_\_\_\_\_Fees allowed in the amount of: $_____Expenses of: $_____
\_\_\_\_\_No appearance/response by:_____
  x  \_\_\_\_DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

Upon consideration of 1) the Court's order dated December 28, 2018 authorizing John F. Sommerstein to Withdraw as counsel to the Debtor; 2) the provisions of MLBR 9010-1(g), which provide in pertinent part that "A corporation, limited liability company, partnership or trust, by and through an officer or agent, or a person authorized by a power of attorney, may file a proof of claim or an application for payment of unclaimed monies due such entity, and may be heard on objections to claims or applications for payment. Otherwise, such entities shall appear only through counsel."; and 3) the Debtor's failure to file an application to employ successor counsel after the withdrawal of John F. Sommerstein, Esq., the Court hereby orders the Debtor, on or before January 14, 2019 at noon, to file an application to employ successor counsel in accordance with MLBR 2014-1, failing which the Court shall dismiss the Debtor's Chapter 11 case without further notice or a hearing.

IT IS SO NOTED:                                    IT IS SO ORDERED:

                                                   *Joan N. Feeney* (signature)       Dated: 01/07/2019
_____                           _____
Courtroom Deputy                                   Joan N. Feeney, U.S. Bankruptcy Judge