UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS
(EASTERN DIVISION)

| | |
|---|---|
| In re: | Chapter 11 |
| **BOSTON LANGUAGE INSTITUTE, INC.,** | Case No. 18-12508-JNF |
| Debtor. | |

### RREF'S OPPOSITION TO BLI'S REQUEST TO EXTEND TIME TO COMPLY WITH THE COURT'S ORDER OF JANUARY 7, 2019

Creditor and movant for relief from the automatic stay, RREF II Kenmore Lessor II, LLC ("RREF")[1] opposes the Motion to Extend the Time for the retention of counsel [Docket # 107] filed by Debtor Boston Language Institute, Inc. ("BLI") in this matter.

1. BLI has had nearly a month to retain new counsel. BLI's counsel filed a Motion to Withdraw on December 21, 2018 [Docket # 89]. The Court allowed counsel's Motion on December 28, 2018 [Docket # 96]. The Court's Order that BLI retain counsel entered on January 7, 2019 [Docket # 102]. No successor counsel has filed an appearance.

2. It is now mid-January 2019 and, despite continuing to occupy the Premises on the third floor of 648 Beacon Street in Kenmore Square, Boston, BLI has failed to pay rent since December 1, 2018.

3. BLI has material uncured pre-petition defaults and material uncured post-petition defaults. Accordingly, BLI has not timely performed its post-petition lease obligations as otherwise required by 11 U.S.C. § 365(d)(3). Moreover, a continuance of the hearing date on BLI's motion to extend the time to reject or assume the Lease unduly prejudices the interests of

---

[1] Also referred to in this matter as RREF II Kenmore Lessor IV, LLC.

RREF, which for over a year has planned for and is now engaged in an effort to substantially rehabilitate the Building where the Premises are located.

4.Under the circumstances and where the Debtor appears not to have the ability to confirm a feasible plan of reorganization and is otherwise accruing post-petition trade debt (as set forth in RREF's most-recently filed motion for relief) [Docket # 107], the Court should deny BLI's Request for an Extension.

### Conclusion

WHEREFORE, RREF asks that the Court deny BLI's Request for an extension of the time to retain counsel and asks that the Court dismiss BLI's Chapter 11 case in accordance with the Court's Order [Docket # 102].

Dated: January 14, 2019Respectfully submitted,

RREF II KENMORE LESSOR II, LLC

By its attorneys,

/s/  Thomas Paul Gorman
John C. La Liberte, BBO# 556046
Thomas Paul Gorman BBO#204100
Sherin and Lodgen LLP
101 Federal Street
Boston, MA 02110
(617) 646-2000

## CERTIFICATE OF SERVICE

I, Thomas Paul Gorman, counsel to RREF, do hereby certify that on this 14th day of January, 2019, I served copies of the foregoing pleading by the Court's ECF system:

> John F. Sommerstein on behalf of Boston Language Institute, Inc.
> jfsommer@aol.com
>
> F. Robert Allison on behalf of Creditor Century Bank And Trust Company
> bob@frobertallison.com
>
> Paula R.C. Bachtell on behalf of Assistant U.S. Trustee John Fitzgerald
> paula.bachtell@usdoj.gov
>
> John Fitzgerald
> USTPRegion01.BO.ECF@usdoj.gov
>
> Michael J. Goldberg on behalf of Siri Karm Singh
> goldberg@casneredwards.com

/s/Thomas Paul Gorman
Thomas Paul Gorman