# UNITED STATES BANKRUPTCY COURT, DISTRICT OF MASSACHUSETTS
## Proceeding Memorandum/Order of Court

| | | |
|---|---|---|
| In Re: The Boston Language Institute, Inc. | Case Number: 18-12508 | Ch: 11 |

**MOVANT/APPLICANT/PARTIES:**

#102 Order dated 1/7/2019 Re: [96] Endorsed Order dated 12/28/2018 (Re: [89] Motion filed by John F. Sommerstein to Withdraw as Attorney for Debtor The Boston Language Institute, Inc.). UPON CONSIDERATION OF 1) THE COURT'S ORDER DATED DECEMBER 28, 2018 AUTHORIZING JOHN F. SOMMERSTEIN TO WITHDRAW AS COUNSEL TO THE DEBTOR; 2) THE PROVISIONS OF MLBR 9010-1(g), WHICH PROVIDE IN PERTINENT PART THAT &quot;A CORPORATION, LIMITED LIABILITY COMPANY, PARTNERSHIP OR TRUST, BY AND THROUGH AN OFFICER OR AGENT, OR A PERSON AUTHORIZED BY A POWER OF ATTORNEY, MAY FILE A PROOF OF CLAIM OR AN APPLICATION FOR PAYMENT OF UNCLAIMED MONIES DUE SUCH ENTITY, AND

**OUTCOME:**

_____ Granted _____ Denied _____ Approved _____ Sustained
_____ Denied _____ Denied without prejudice _____ Withdrawn in open court _____ Overruled
_____ OSC enforced/released
_____ Continued to:_____ For:_____
_____ Formal order/stipulation to be submitted by:_____ Date due:_____
_____ Findings and conclusions dictated at close of hearing incorporated by reference
_____ Taken under advisement: Brief(s) due_____ From_____
                                Response(s) due_____ From_____
_____ Fees allowed in the amount of: $_____ Expenses of: $_____
_____ No appearance/response by:_____
**x** _____ DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

Upon consideration of 1) the Court's order dated December 28, 2018 granting the Motion of John F. Sommerstein to Withdraw as Counsel to the Debtor;  2) the Court's order dated January 7, 2019 requiring the Debtor to file an applicaton to employ successor counsel on or before January 14, 2019 at noon; 3) the provisions of MLBR 9010-1(g); and 4) the Debtor's failure to file an application to employ suceesor counsel with in the time set by the Court in its January 7, 2019 order, the Court hereby dismisses the Debtor's Chapter 11 case.

IT IS SO NOTED:                                    IT IS SO ORDERED:

_____                      _____ Dated: 01/14/2019
Courtroom Deputy                                   Joan N. Feeney, U.S. Bankruptcy Judge