United States Bankruptcy Court
District of Massachusetts

In re:                                                                  Case No. 18-12508-jnf
The Boston Language Institute, Inc.                                     Chapter 11
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0101-1          User: chy               Page 1 of 1              Date Rcvd: Jan 14, 2019
                              Form ID: pdf012         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 16, 2019.
db            +The Boston Language Institute, Inc.,   648 Beacon Street,   Boston, MA 02215-2013

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 16, 2019                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 14, 2019 at the address(es) listed below:
              F. Robert Allison    on behalf of Creditor    Century Bank And Trust Company bob@frobertallison.com
              John   Fitzgerald    USTPRegion01.BO.ECF@USDOJ.GOV
              Michael J. Goldberg    on behalf of Interested Party Siri Karm Singh  Khalsa
               goldberg@casneredwards.com
              Paula R.C. Bachtell    on behalf of Assistant U.S. Trustee John  Fitzgerald
               paula.bachtell@usdoj.gov
              Thomas Paul Gorman    on behalf of Creditor    RREF II Kenmore Lessor II, LLC tpgorman@sherin.com
                                                                                                TOTAL: 5

UNITED STATES BANKRUPTCY COURT, DISTRICT OF MASSACHUSETTS

Proceeding Memorandum/Order of Court

In Re:  The Boston Language Institute, Inc.          Case Number:  18-12508          Ch:  11

**MOVANT/APPLICANT/PARTIES:**

#90 Emergency Motion of Debtor to Extend Time to Assume or Reject Lease of Non Residential Real Estate With RREF Kenmore Lessor II LLC (John Sommerstein)
#103 Opposition of RREF II Kenmore Lessor II LLC (Thomas Gorman)

**OUTCOME:**

_____Granted_____Denied_____Approved_____Sustained
_____Denied_____Denied without prejudice_____Withdrawn in open court_____Overruled
_____OSC enforced/released
_____Continued to:_____For:_____
_____Formal order/stipulation to be submitted by:_____Date due:_____
_____Findings and conclusions dictated at close of hearing incorporated by reference
_____Taken under advisement: Brief(s) due_____From_____
                             Response(s) due_____From_____
_____Fees allowed in the amount of: $_____Expenses of: $_____
_____No appearance/response by:_____
x_____DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

This Motion is moot as the Court has dismissed the Debtor's Chapter 11 case.  The hearing scheduled for January 15, 2019 is canceled.

IT IS SO NOTED:                                IT IS SO ORDERED:

                                               /s/ Joan N. Feeney
                                                                          Dated: 01/14/2019
_____                         _____
Courtroom Deputy                               Joan N. Feeney, U.S. Bankruptcy Judge